**PAID**

#133635

LED BY _____ DC

10 SEP 28  AM 10: 11

...TCY CT.
...FLA.
- OFFICE

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

**In re:**

**Case No. 09-24828-EPK**
**Chapter 7**

**MILLER, MICHAEL ANTHONY**

_____ **Debtor(s).** _____ /

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U. S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )    The Trustee has a balance of $*** remaining in his bank account which
represents unpresented checks drawn and mailed to creditors of the above named
Debtor in accordance with the Order for Payment of Dividends. Your Trustee has
made a good faith effort to verify the correct mailing address for said creditor(s)
and deliver the funds before presenting this notice. More than sufficient time has
passed for these checks to be presented for payment; or

(XX )  The Trustee has a balance of $4.83 remaining in his bank account which
represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names,

claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above stated sum has been

deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect

closing of this estate.

Dated: September 23, 2010

DEBORAH C. MENOTTE, TRUSTEE, Trustee
P. O. BOX 211087
WEST PALM BEACH, FL  33421
Telephone:  (561) 795-9640
Facsimile:  (561) 792-1919

**NAME:**     **MILLER, MICHAEL ANTHONY**

**CASE NO:**    **09-24828-EPK**

| Claim No | Creditor | Amount Allowed | Amount of Dividend |
|---|---|---|---|
| 1 | PYOD LLC ISAOA of Citibank<br>c/o Resurgent Capital Services,, PO Box 19008<br>Greenville, SC 29602 | $80.46 | $4.83 |
| | | Total: | $4.83 |